Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CLARISSA TOLER-DUBANSKI,** | Case No. 3:12-cv-00973-HZ |
| Plaintiff, | **ORDER** |
| vs. | |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

Pursuant to 42 U.S.C. § 406(b) it is hereby ordered that the motion for attorney fees [ECF #34] is granted and further ordered that Defendant shall provide payment of the fee of $15,692.50 directly to Plaintiff's attorney. It is further ordered that the check for the fee shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to his business address of PO Box 421, West Linn, OR 97068.

DATED this **5** day of **May**, 2015.

_____
The Honorable Marco A. Hernandez
United States District Court Judge

Presented by:
Bruce W. Brewer, OSB No. 925581

ORDER - Page 1